IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GRADY ELLINGTON                                              PLAINTIFF

v.                      No. 4:12-cv-296-DPM

U.S. POSTAL SERVICE (Southwest
Area Agency), Patrick R. Donahoe,
Postmaster General                                  DEFENDANT

## ORDER

The Court said it would dismiss Ellington's complaint for no service unless Ellington showed good cause by 15 January 2013. *Document No. 8.* Ellington has not responded. The Court therefore dismisses his complaint without prejudice. FED. R. CIV. P. 4(m).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 January 2013