IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GRADY ELLINGTON                                    PLAINTIFF

v.                  No. 4:12-cv-296-DPM

U.S. POSTAL SERVICE (Southwest
Area Agency), Patrick R. Donahoe,
Postmaster General                                       DEFENDANT

JUDGMENT

Ellington's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 January 2017